1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

9

EASTERN DISTRICT OF CALIFORNIA

10 | NOIDA GRANADA,

Case No. 1:25-cv-00200-KES-SAB

11 |        Plaintiff,

ORDER REQUIRING PLAINTIFF TO FILE
DISPOSITIONAL DOCUMENTS AS TO
DEFENDANT TRANSUNION, LLC

12 |        v.

13 | TD BANK USA, N.A., et al.,

(ECF No. 11)

14 |        Defendants.

**MAY 19, 2025 DEADLINE**

15

16          On March 18, 2025, Plaintiff filed a notice of settlement, informing the Court that a

17 settlement has been reached with TransUnion, LLC only and that dispositional documents will be

18 filed within sixty days.  (ECF No. 11.)  Defendant TransUnion, LLC has not filed a responsive

19 pleading nor are any dates set in this action.

20          Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that Plaintiff shall

21 file dispositional documents **no later than May 19, 2025**.  Any request for an extension shall be

22 supported by good cause.  L.R. 160(b).

23

24 IT IS SO ORDERED.

25 Dated:    **March 19, 2025**                    _____

STANLEY A. BOONE
26                                                United States Magistrate Judge

27

28