# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOIDA GRANADA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TD BANK USA, N.A., et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00200-KES-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE TRANSUNION, LLC AS A DEFENDANT IN THIS ACTION<br><br>(ECF No. 15) |

On April 2, 2025, Plaintiff filed a notice of dismissal of Defendant TransUnion, LLC with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 15.)

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). The Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc., 193

F.3d at 1078. Defendant TransUnion, LLC has not filed an answer or a motion for summary judgment in this action.

      Accordingly, the Clerk of the Court is DIRECTED to terminate TransUnion, LLC as a defendant in this action.

IT IS SO ORDERED.

Dated: **April 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge