# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOIDA GRANADA,<br><br>    Plaintiff,<br><br>    v.<br><br>TD BANK USA, N.A., et al.,<br><br>    Defendants. | Case No. 1:25-cv-00200-KES-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 20)<br><br>**JULY 14, 2025 DEADLINE** |

On May 13, 2025, Plaintiff filed a notice of settlement, informing the Court that this matter has resolved and that dispositional documents will be filed in sixty days. (ECF No. 20.) No defendant has filed a responsive pleading in this action.

Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1. All pending matters and dates, including the initial scheduling conference set for May 27, 2025, are VACATED; and

2. Plaintiff shall file dispositional documents **no later than July 14, 2025**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **May 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge