# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOIDA GRANADA,<br><br>    Plaintiff,<br><br>    v.<br><br>TD BANK USA, N.A., et al.,<br><br>    Defendants. | Case No. 1:25-cv-00200-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE EQUIFAX INFORMATION SERVICES, LLC AS A DEFENDANT IN THIS ACTION<br><br>(ECF No. 24)<br><br>**JULY 14, 2025 DEADLINE** |

On July 7, 2025, Plaintiff filed a notice of dismissal of Defendant Equifax Information Services, LLC with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 24.) Plaintiff contends "all parties have now been dismissed and this matter may be dismissed in its entirety." (Id.) However, Defendant Experian Information Solutions, Inc. remains a Defendant in this action as no dispositional documents have been filed related to its dismissal. (See ECF No. 22 (maintaining that, despite a notice of settlement being filed (ECF No. 20) as to Experian, "Plaintiff's claims against Experian Information Solutions, Inc. remain pending.").)

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' "

Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). The Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc., 193 F.3d at 1078. Defendant Equifax Information Services, LLC has not filed an answer or a motion for summary judgment in this action.

Accordingly, the Clerk of the Court is DIRECTED to terminate Equifax Information Services, LLC as a defendant in this action.

Further, Plaintiff SHALL file dispositional documents for Defendant Experian Information Solutions, Inc. **no later than July 14, 2025**, in accordance with the Court's May 14, 2025 order (ECF No. 21).

IT IS SO ORDERED.

Dated: **July 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2