# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOIDA GRANADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 1:25-cv-00200-KES-SAB<br><br>ORDER GRANTING MOTION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 26) |

　　　　Before the Court is Plaintiff's motion to extend the time in which to file dispositional documents by 30 days. (ECF No. 26.) For good cause shown, the Court hereby GRANTS the motion and ORDERS that the parties shall have through August 13, 2025, to file dispositional documents. Any subsequent extension must also be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: __**July 15, 2025**__

　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge